UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA SUZANNE HARNDEN,

      Plaintiff,

v.

SAINT CLAIR COUNTY SHERIFF
DEPARTMENT TIM
DONNELLON, *et al.*,

      Defendants.

_____/

Case No. 2:16-cv-13904
District Judge Mark. A. Goldsmith
Magistrate Judge Anthony P. Patti

## ORDER GRANTING IN PART PLAINTIFF'S MOTION (DE 19) AND STRIKING DEFENDANTS' WITNESS LIST TO REFILING IN A REDACTED FORMAT (DE 16)

On March 31, 2017, Defendants filed a witness list containing the unredacted names of minor children KD and SH. (DE 16.) On April 12, 2017, Plaintiff filed a document titled "Motion to Notify Court of Violation of Rule 5.2(a)(3)." (DE 19.) In her motion, Plaintiff points out that the unredacted names of minor children were included in the witness list, in violation of Federal Rule of Civil Procedure 5.2(a)(3), which provides as follows:

> **(a) Redacted Filings.** Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

**(1)** the last four digits of the social-security number and taxpayer-identification number;

**(2)** the year of the individual's birth;

**(3)** the minor's initials; and

**(4)** the last four digits of the financial-account number.

Plaintiff further asserts that Defendants' witness list does not reflect the current legal status of Nicole Susan Harnden and asks Defendants to revise the entry. (DE 16 at ¶ 4.)

In the interest of removing the full names of minor witnesses from the public docket as soon as possible, Plaintiff's motion is **GRANTED IN PART** and the witness list shall be **STRICKEN** from the Court's docket. (DE 16.) Defendants are **ORDERED** to revise the witness list to properly redact the names of all minor witnesses and refile **ON OR BEFORE APRIL 19, 2017**.

As to Plaintiff's argument related to Nicole Susan Harnden, Defendants may file a response in opposition in compliance with the Eastern District of Michigan Local Rules, or may revise this information in their refiled witness list.

**IT IS SO ORDERED.**

Dated: April 13, 2017            s/Anthony P. Patti
                                 Anthony P. Patti
                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2017, by electronic means and/or ordinary mail.

                                                                s/Holly A. Monda  
                                                                In the absence of Michael Williams