UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA SUZANNE HARNDEN,

    Plaintiff,

v.

SAINT CLAIR COUNTY SHERIFF
DEPARTMENT TIM
DONNELLON, *et al.*,

    Defendants.
_____/

Case No. 2:16-cv-13904
District Judge Mark. A. Goldsmith
Magistrate Judge Anthony P. Patti

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION (DE 19)

On March 31, 2017, Defendants filed a witness list containing the unredacted names of minor children KD and SH. (DE 16.) On April 12, 2017, Plaintiff filed a document titled "Motion to Notify Court of Violation of Rule 5.2(a)(3)," in which she pointed out the unredacted names of minor children. (DE 19.) She also asserted that the witness list did not reflect the current legal status of witness number 4, who was identified as "Nicole Susan Harnden." (Id.)

In the interest of removing the full names of minor witness from the public docket, the Court granted the motion in part on April 13, 2017 and struck the initial witness list. As to Plaintiff's second argument, the Court noted that Defendants were entitled to file a response in opposition in compliance with the Local Rules.

Instead, Defendants filed a revised witness list with the updated name of witness number 4, Nicole Susan Collins.  (DE 22 at ¶ 4.)  As the discrepancy identified by Plaintiff has been corrected, Plaintiff's motion is hereby **GRANTED IN PART** as stated in the Court's April 13, 2017 Order and **DENIED IN PART AS MOOT**.  (DE 19.)

   **IT IS SO ORDERED.**


Dated: April 19, 2017                           s/Anthony P. Patti
                                                Anthony P. Patti
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of this document was sent to parties of record on April 19, 2017, electronically and/or by U.S. Mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable Anthony P. Patti